| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for American Honda Finance Corporation* | Chapter: 13<br><br>Case No.: 25-16716-ABA<br><br>Hearing Date: August 27, 2025<br><br>Judge Andrew B. Altenburg Jr. |
| In re:<br><br>John A. Procopio, Sr.<br><br>                            Debtor. | |

## OBJECTION TO CONFIRMATION OF PLAN

Creditor, American Honda Finance Corporation, objects to confirmation and states:

1. Creditor is the lienholder on the title to the following vehicle:

    2023 Honda XR150L, VIN: 3H1KD1316PD002359 ("Vehicle").

2. Creditor filed Proof of Claim Number 3-1 in the total amount of $3,435.60.

3. The Debtor's proposed Plan seeks to value Creditor's secured claim on the Vehicle to $1,000.00.

4. However, Creditor asserts the replacement value of the Vehicle is higher than stated in the Plan, specifically $2,175.00, pursuant to the J.D. Power Official Used Car Guide, which is attached as Exhibit "A," and the reasoning in *In re Scott*, 437 B.R. 168, 174-75 (Bankr. D.N.J. 2010).

5. Furthermore, Creditor objects to the proposed interest rate of 0.00% because the U.S. Prime Rate at the time of filing was 7.50% and, therefore, pursuant to the Supreme Court's interest rate formula promulgated in *Till v. SCS Credit Corp.*, an appropriate rate of interest is 10.50%. 541 U.S. 465 (2004).

6. Therefore, the Plan should be modified to reflect a secured amount of $2,175.00 to be paid at the rate of 10.50%.

**WHEREFORE**, Creditor respectfully requests the Court sustain this Objection and for such other and further relief as the Court deems appropriate.

Stewart Legal Group, P.L.,
attorney for American Honda Finance Corporation

Dated: July 25, 2025

By: */s/Gavin N. Stewart, Esq.*
Gavin N. Stewart, Esq.